THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 4:11-CV-189-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of PROBUILD COMPANY LLC f/k/a STROBER BUILDING SUPPLY, INC.,<br><br>          Plaintiff,<br><br>          vs.<br><br>RAPPAHANNOCK CONSTRUCTION SERVICES, INC.; LIFECYCLE CONSTRUCTION SERVICES, LLC; FIDELITY AND DEPOSIT INSURANCE COMPANY OF MARYLAND; JULIE LUBESHKOFF; and CHARLES LUBESHKOFF,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CLERK'S ENTRY TO DEFAULT<br>AS TO<br>FIDELITY AND DEPOSIT INSURANCE<br>COMPANY OF MARYLAND |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Fidelity and Deposit Insurance Company of Maryland, by and through its representative, has failed to appear, plead, or otherwise defend, default is entered against Defendant Fidelity and Deposit Insurance Company of Maryland as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: _December 09, 2011_

_____
Clerk, United States District Court