THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 4:11-CV-189-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of PROBUILD COMPANY LLC f/k/a STROBER BUILDING SUPPLY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CLERK'S ENTRY TO DEFAULT AS TO |
| RAPPAHANNOCK CONSTRUCTION SERVICES, INC.; LIFECYCLE CONSTRUCTION SERVICES, LLC; FIDELITY AND DEPOSIT INSURANCE COMPANY OF MARYLAND; JULIE LUBESHKOFF; and CHARLES LUBESHKOFF, | ) ) ) ) ) ) ) | RAPPAHANNOCK CONSTRUCTION SERVICES, INC. |
| Defendants. | ) | |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Rappahannock Construction Services, Inc., by and through its representative, has failed to appear, plead, or otherwise defend, default is entered against Defendant Rappahannock Construction Services, Inc. as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: 2/1/12

_____
Clerk, United States District Court